**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| VICTOR BODDIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:19-cv-02423-JPM-atc |
| v. | ) | |
| | ) | |
| THE CHEMOURS COMPANY, a/k/a THE | ) | |
| CHEMOURS COMPANY FC, LLC, | ) | |
| | ) | |
| Defendant. | | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court for a trial by jury, the issues have been tried and the jury duly rendered its verdicts on June 21, 2022.  (ECF Nos. 98, 101.)

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdicts:

A Judgment is entered against The Chemours Company in the amount of $294,178.10 in back pay, $868,970.00 in front pay, $600,000 in compensatory damages for emotional pain and suffering, and $10,000,000.00 in punitive damages, for a total Judgment in the amount of $11,763,148.10.

**APPROVED:**

  /s/ Jon P. McCalla
_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  June 23, 2022
_____
Date